**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLY JEANNE KANESHI,

Defendant.

Case No. 2:26-mj-00300-MDC-1

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, November 18, 2026, at 9:00 a.m., be vacated and continued to December 23, 2026 at the hour of 9 : 00 a .m.

DATED this 17th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE